105 A.3d 627

IN THE MATTER OF ERYK A. GAZDZINSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 028801984).

January 16, 2015.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–104, concluding that **ERYK A. GAZDZINSKI**

of **GIBBSBORO,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.5(b) (failure to prepare a written fee agreement in a civil arbitration), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ERYK A. GAZDZINSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.